**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460

*Attorney for Defendant*
*Cronometer Software, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ESHA RESEARCH, INC.**, now known as **TRUSTWELL**,<br><br>    Plaintiff,<br><br>vs.<br><br>**CRONOMETER SOFTWARE, INC.**, formerly known as **BIGCRUNCH CONSULTING, LTD.,** and **DOES 1-20**,<br><br>    Defendants. | No. 3:24-cv-01586-AB<br><br>**NOTICE OF APPEARANCE AND WAIVER OF SERVICE** |

Nika Aldrich of Schwabe, Williamson & Wyatt, P.C., hereby appears as counsel of record for Defendant Cronometer Software, Inc., formerly known as BigCrunch Consulting, Ltd. ("Cronometer") in the above-captioned case.

All further pleadings and notices should be directed to:

Page 1 -    NOTICE OF APPEARANCE OF NIKA ALDRICH

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

Nika Aldrich, OSB #160306
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206.622.1711
Facsimile: 206.292.0460
Email: naldrich@schwabe.com

FURTHERMORE, Cronometer hereby provides notice to the Court that, on September 19, 2024, Plaintiff sent Cronometer's counsel a request for waiver of service. Pursuant to an agreement between the parties, Cronometer, a Canadian company, agreed to waive service and counsel for Plaintiff agreed that the request would be treated as if it was "sent to the defendant outside any judicial district of the United States," such that a response would be due 90 days after the waiver request was sent, pursuant to Fed. R. Civ. P. 4(d)(3). Accordingly, the Parties agree that a response is due by December 18, 2024. (*See* Exhibit 1.)

Dated this 22nd day of October, 2024.

        Respectfully submitted,

        SCHWABE, WILLIAMSON & WYATT, P.C.

        *s/ Nika Aldrich*
        Nika Aldrich, OSB #160306
        Email: naldrich@schwabe.com

        *Attorney for Defendant Cronometer Software, Inc.*

Page 2 -    NOTICE OF APPEARANCE OF NIKA ALDRICH

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax: 206-292-0460