Nika Aldrich, OSB No. 160306
naldrich@schwabe.com
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460

*Attorneys for Defendant Cronometer Software, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ESHA RESEARCH, INC.**, now known as **TRUSTWELL**,<br><br>Plaintiff,<br><br>vs.<br><br>**CRONOMETER SOFTWARE, INC.**, formerly known as **BIGCRUNCH CONSULTING, LTD.,** and **DOES 1-20**,<br><br>Defendants. | No. 3:24-cv-01586-AB<br><br>**DEFENDANT CRONOMETER SOFTWARE, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cronometer Software, Inc. has no parent corporation, and there is no publicly held corporation that owns more than 10% of its stock.

Dated this 17th day of December, 2024.

Respectfully submitted,
SCHWABE, WILLIAMSON & WYATT, P.C.

*s/ Nika Aldrich*
Nika Aldrich, OSB #160306
Email: naldrich@schwabe.com

*Attorneys for Defendant Cronometer Software, Inc.*

Page 1 -   DEFENDANT CRONOMETER SOFTWARE, INC.'S CORPORATE DISCLOSURE STATEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax: 206-292-0460

142988\286487\NFA\47027499.1