1/23/25, 8:58 AM                                    Prompt.io Inc. Mail - ESHA Database License proposal - BigCrunch Consulting

 Gmail                                                                       Aaron Davidson <aaron@prompt.io>

## ESHA Database License proposal - BigCrunch Consulting
11 messages

**Chris Eakin** <chris@esha.com>                                                                  Tue, Feb 3, 2015 at 11:20 AM
To: Aaron Davidson <aaron@tetrapod.io>

Aaron

Attached is the License agreement contract for your review, and the quote for the initial year.

Once contract is agreed upon and payment received, delivery of the data usually takes about one day.

Let me know if you have any questions
Thanks

Chris Eakin
Product Consultant
Esha Research, Inc
(P) 800-659-3742 ext 123
(F) 503-585-5543
ceakin@esha.com
www.esha.com

-----Original Message-----
From: Aaron Davidson [mailto:aaron@tetrapod.io]
Sent: Monday, February 02, 2015 8:09 PM
To: Chris Eakin
Subject: Re: ESHA Database License proposal
Importance: High

> On Feb 2, 2015, at 12:00 PM, Chris Eakin <chris@esha.com> wrote:
>
> Hey Aaron,
>
> That's great. I am drawing it up this morning.  Can you provide me
> some brief information?
>
>
> Contract Name:  BigCrunch Consulting, LLC  ?

BigCrunch Consulting Ltd.
135 A Hubman Landing
Canmore, AB, T1W 3L3
Canada

> Website: ???

http://cronometer.com/

> Plans to utilize data: Mobile app, website, software?

Website & Mobile Apps

> Target Market: ?

End-user / Consumers -- Personal Diet / Nutrition / Fitness Tracker

---

**2 attachments**

📎 **Quote_BigCrunch_Consulting_Ltd._171803.pdf**
79K

 **Data License Agreement for Big Crunch Consulting.docx**
2697K

| | |
|---|---|
| **Aaron Davidson** <aaron@tetrapod.io> | Wed, Feb 4, 2015 at 9:39 PM |
| To: Chris Eakin <chris@esha.com> | |

Hi Chris,

I don't see anything objectionable in the contract. Two minor typos:

First paragraph mentions 'Big Crunch Consulting Ltd', there should be no space between Big and Crunch.

Section 19, Lists 'BigCrunch Consulting LLC', LLC should be LTD.

I have one question about the attributions. Please let me know if these 3 attributions are appropriate:

a) I would add a section to our online user manual under our existing section on 'Data Sources' and list the specified attribution in Schedule C.

b) In our food search we search multiple data sources, one of which will now be ESHA. We include a short 'Source' column which I plan to display 'ESHA'. I can display either a US flag icon (indicating data source is American) or, if you'd like, a small ESHA logo. See screenshot for an example of the current search dialog.



c) If someone views an ESHA item in the food details display, we show a more full 'Data Source'. For example, a USDA food would show "Data Source: USDAsr27:11210" which gives the specific version of USDA and their internal food ID. What would EHSA prefer I show here?

Thanks,
Aaron


[Quoted text hidden]
<Quote_BigCrunch_Consulting_Ltd._171803.pdf><Data License Agreement for Big Crunch Consulting.docx>

| | |
|---|---|
| **Chris Eakin** <chris@esha.com> | Thu, Feb 5, 2015 at 9:38 AM |
| To: Aaron Davidson <aaron@tetrapod.io> | |

Hi Aaron

I think I sent you an editable copy if you want to go ahead and correct those two minor name corrections.

==The attributions you describe will work just fine with us.==  I'll leave it to your discretion to choose either the logo or a Name. I think we would prefer the logo if it is possible and not intrusive to your app design. Let me know if you need specific image sizes and formats that I can have our graphics dept. provide you.

If that us all, I'll await your signed contract and initial payment. Once received It won't take me long to send you the data. I assume Access format is okay?

Look forward to hearing from you

Thanks

# Chris Eakin

Product Consultant

Esha Research, Inc

(P) 800-659-3742 ext 123

(F) 503-585-5543

ceakin@esha.com

www.esha.com

[Quoted text hidden]

---

**Aaron Davidson** <aaron@tetrapod.io>                                    Thu, Feb 5, 2015 at 2:12 PM
To: Chris Eakin <chris@esha.com>

Chris,

What's the best way to deliver the contract and payment?  UPS a bank draft and the signed contract?

Access format is probably ok. I have a program that will export those to .csv files -- but if I can get it already in .csv (or some other machine parseable form  like XMLor JSON) that would be ideal.

Thanks,
Aaron
[Quoted text hidden]
> <image001.png>
[Quoted text hidden]

---

**Chris Eakin** <chris@esha.com>                                          Thu, Feb 5, 2015 at 2:30 PM
To: Aaron Davidson <aaron@tetrapod.io>

Hey Aaron

Yes, email me a scanned PDF and UPS the original. A bank draft, transfer, or
check is fine. I've attached our banking information.

I can deliver the database in .csv no problem.

[Quoted text hidden]

📄 **Esha Research  Bank Information.pdf**
251K

---

**Chris Eakin** <chris@esha.com>                                                  Thu, Feb 5, 2015 at 2:44 PM
To: Aaron Davidson <aaron@tetrapod.io>

We have a UPS acct to charge the freight

Acct # 947252  select "Bill transport to third party"


Chris Eakin
Product Consultant
Esha Research, Inc
(P) 800-659-3742 ext 123
(F) 503-585-5543
ceakin@esha.com
www.esha.com



-----Original Message-----
From: Chris Eakin [mailto:chris@esha.com]
Sent: Thursday, February 05, 2015 2:31 PM
To: 'Aaron Davidson'
Subject: RE: ESHA Database License proposal - BigCrunch Consulting

Hey Aaron

Yes, email me a scanned PDF and UPS the original. A bank draft, transfer, or
check is fine. I've attached our banking information.

I can deliver the database in .csv no problem.

[Quoted text hidden]

📄 **Esha Research  Bank Information.pdf**
251K

---

**Aaron Davidson** <aaron@tetrapod.io>                                            Thu, Feb 5, 2015 at 2:44 PM
To: Chris Eakin <chris@esha.com>

Thanks, I'll try and get this all sorted in shipped out tomorrow, or monday at the latest.
[Quoted text hidden]
> <Esha Research  Bank Information.pdf>

---

**Aaron Davidson** <aaron@tetrapod.io>                                            Thu, Feb 5, 2015 at 7:52 PM
To: Chris Eakin <chris@esha.com>

Here is my scanned signature page

31. **Counterparts.** This Agreement may be executed on any number of counterparts, each of which shall be deemed an original, and all of which together shall be deemed to be one and the same instrument.

32. **Digital Execution.** Execution of this Agreement may be evidenced by transmission of a facsimile copy or other digital copy of an original signature, and delivery of this Agreement so executed shall be binding upon the signing party to the same extent as if the original executed Agreement had been delivered.

IN WITNESS, the parties have executed this Agreement on the dates set forth by their signatures.

ESHA RESEARCH, INC.

By _____        Date: _____

  Title: _____


LICENSEE

By _____[signature]_____        Date: 05-Feb-2015

  Title: President

PAGE 8 = ESHA DATABASE ACCESS LICENSE AGREEMENT

&lt;Esha Research  Bank Information.pdf&gt;

---

**Aaron Davidson** &lt;aaron@tetrapod.io&gt;                                        Wed, Feb 11, 2015 at 4:15 PM
To: Chris Eakin &lt;chris@esha.com&gt;

Hi Chris,

UPS tracking says my package was delivered today, did you get it?

Thanks,
Aaron
[Quoted text hidden]
&gt; &lt;Esha Research  Bank Information.pdf&gt;

---

**Chris Eakin** &lt;chris@esha.com&gt;                                               Thu, Feb 12, 2015 at 9:54 AM
To: Aaron Davidson &lt;aaron@tetrapod.io&gt;

Hey Aaron

I did. Thank you. I am out of the office today, but I should still be able
to get the database to you today.

I'm having our team put it in proper format now.

I'll be in touch shortly when I get a time frame from them.
[Quoted text hidden]

---

**Chris Eakin** &lt;chris@esha.com&gt;                                               Fri, Feb 13, 2015 at 6:18 AM
To: Aaron Davidson &lt;aaron@tetrapod.io&gt;

Hi Aaron, do you want the .csv file "delimited"?
[Quoted text hidden]