

Aaron Davidson <aaron@prompt.io>

## ESHA Database License proposal
10 messages

**Chris Eakin** <chris@esha.com>                                    Tue, Jan 13, 2015 at 1:16 PM
To: aaron@tetrapod.io

Hi Aaron

Here's the proposal we have come up with.

You receive all 35K restaurant and brand name grocery item foods. All 16 nutrients we have available for them.

*(Calories, Protein, Fat, Saturated Fat, Trans Fat, Carbohydrate, Sugar, Fiber, Alcohol, Cholesterol, Vitamin A IU, Vitamin A RE (calculated), Vitamin C, Calcium, Iron, Sodium)*

**2 year contract**

$9999 initial start-up fee

$29,999.00 annual fee

Summary: Total cost$69,997.00 / Annual cost $34,998.50

**3 year contract**

$7999 start-up

$26,999 annual cost

Summary: Total cost $88,996.00 / Annual cost $29,665.33

**4 year contract**

$5999 start-up fee

$23,999 per year

Summary: Total cost $101,995.00 / Annual cost $25,498.75

After you have had some time to digest this information, we can speak again and address any remaining questions. Also, please don't hesitate to contact me if I have failed to include all of the information that you requested. I look forward to hearing back from you.

Regards

1/23/25, 8:57 AM  Prompt.io Inc. Mail - ESHA Database License proposal

# Chris Eakin

Product Consultant

Esha Research, Inc

(P) 800-659-3742 ext 123

(F) 503-585-5543

ceakin@esha.com

www.esha.com

Exhibit 2
Page 2 of 2