**From:** Chris Eakin chris@esha.com
**Subject:** ESHA Checking in
**Date:** February 24, 2015 at 5:00 PM
**To:** Aaron Davidson phacops@gmail.com
**Cc:** Stephanie Ulrich sulrich@esharesearch.com



Hi Aaron,

We would like to write a press release about our partnership.

Please let me know if you have any concern with this. You can provide us a blurb and possibly an image you might like included.

Thanks

# Chris Eakin

Product Consultant
Esha Research, Inc
(P) 800-659-3742 ext 123
(F) 503-585-5543
ceakin@esha.com
www.esha.com

---

**From:** Aaron Davidson [mailto:phacops@gmail.com]
**Sent:** Monday, February 16, 2015 3:58 PM
**To:** Chris Eakin
**Subject:** Re: ESHA Checking in

Chris,

Everything is generally looking good so far.

I have one question about the 'O_Carb' nutrient column -- I assume this stands for 'Other Carbs' and would like to know exactly what that is, if possible. I am currently assuming this is total-carbs minus total sugar, and is mainly starch?

I've attached screenshots of all the places in our program where ESHA is mentioned.

1) Our user manual section on data sources contains the full attribution
2) Our Food details /editor shows the food data source with 'ESHA:XXXXX' for the ESHA identifier.
3) Our food search dialog shows a source column with 'ESHA' text and small icon
4) Our food search dialog also has a source filter option

In addition, we've added all the same limitations we used for our NCCDB licence to protect ESHA data from unnecessary exposure from data export, web crawlers, etc...

Exhibit 3
Page 1 of 4

Thanks,
Aaron

## Data Sources

The foods in our database come from several sources.

- **Nutrition Coordinating Center Food & Nutrient Database** (NCCDB)

  Curated by the The University of Minnesota, this is the most comprehensive set of food data we use, and makes up the bulk of foods in our database. This data set contains over 16000 food entries with comprehensive data on 70 nutrients.

- **United States Department of Agriculture National Nutrient Database for Standard Reference** (USDA SR27)

  Curated by the USDA, this is the a very comprehensive set of food data available. This data set contains nearly 8000 food entries with data on over 70 nutrients.

- **ESHA Research, Inc.** (ESHA)

  The ESHA database provides data for over 35000 brand name products and restaurant menu items. These items don't typically have as full of a nutrient profile as the USDA and NCCDB items, but contain all the published information from the product nutrition labels.



Powered by ESHA Nutrient Database. ©2013 ESHA Research, Inc. All Rights Reserved.

- **The Canadian Nutrient File** (CNF 2010)

  This data has a lot of overlap with the USDA data (many entries are derived it), but adds a lot of additional foods, as well as reflecting differences found in Canadian foods. It has french and english names for all items, as well as standard measures in metric units.

- **Irish Food Composition Database** (IFCDB)

  This data set contains nearly 1000 irish food and supplement products.

- **CRON-O-Meter Community Database (CRDB)**

  This is our own set of user-submitted food entries. They show up in green text in the food search dialog. These are typically created by users from nutrition labels of products they use. Because nutriton labels are limited, they may not have as complete a nutrient-profile as the more generic



Exhibit 3
Page 2 of 4





Exhibit 3
Page 3 of 4

On Feb 16, 2015, at 3:24 PM, Chris Eakin <chris@esha.com> wrote:

Great, let me know how it goes. Have a great week.


Chris Eakin
Product Consultant
Esha Research, Inc
(P) 800-659-3742 ext 123
(F) 503-585-5543
ceakin@esha.com
www.esha.com



-----Original Message-----
From: Aaron Davidson [mailto:phacops@gmail.com]
Sent: Monday, February 16, 2015 2:23 PM
To: Chris Eakin
Subject: Re: ESHA Checking in

Hi Chris,

Yes, thanks. I have the data and am in process of importing / testing. Hope to have it done sometime this week.

Regards,
Aaron


On Feb 16, 2015, at 3:21 PM, Chris Eakin <chris@esha.com> wrote:

Hey Aaron

I'm back in the office today. Wanted to make sure you received the data and everything is going well so far.

Thanks


Chris Eakin
Product Consultant
Esha Research, Inc
(P) 800-659-3742 ext 123
(F) 503-585-5543

Exhibit 3
Page 4 of 4