**From:** Aaron Davidson phacops@gmail.com
**Subject:** Re: ESHA Checking in
**Date:** February 24, 2015 at 7:43 PM
**To:** Chris Eakin chris@esha.com



By the way, I have no idea if this is useful information to you at all, but I'm happy to provide it if it helps in any way.

Here's a database query from cronometer.com with the top 500 ESHA food items (sorted by descending popularity). This reveals the ESHA food products our customers are finding when searching, and they found no appropriate match from USDA, or our other sources. 4144 unique ESHA items have been used so far.



ESHA-Top500.txt

Cheers,
Aaron

Exhibit 4
Page 1 of 1