**From:** Aaron Davidson phacops@gmail.com
**Subject:** Re: ESHA / BigCrunch Marketing PR
**Date:** March 25, 2015 at 9:54 AM
**To:** Chris Eakin chris@esha.com



Chris,

Sorry, I forgot to reply to this!

Cronometer.com Started in 2011, based in Canmore, Alberta, Canada.

Name:
    Aaron Davidson

Title:
    Founder & President (and pretty much everything else!)

LinkedIn:
    http://ca.linkedin.com/in/theaarondavidson

They can contact me for any inquiries.

Cheers,
Aaron

> On Mar 19, 2015, at 10:28 AM, Chris Eakin <chris@esha.com> wrote:
>
> Hey Aaron,
>
> My marketing department needs your name/title and who to contact for quotes concerning an "About Cronometer" section (i.e. when you were founded, contact information, etc.)
>
>
> Chris Eakin
>
> Sr. Product Consultant
> ESHA Research
> T: 503-585-6242 ext 123
> F: 503-585-5543
> Chris@esha.com
> www.esha.com
>
> Facebook | Twitter | LinkedIn

Exhibit 5
Page 1 of 1