# #31601 Re: Get the Most out of Cronometer

| Submitted | Received via | Requester | | |
|---|---|---|---|---|
| February 8, 2019 at 11:53 | Mail | Bob <fship@comcast.net> | | |
| **Type** | **Group** | **Assignee** | **Status category** | **Ticket status** |
| - | Support | Aaron Davidson | Closed | Solved |

**Bob**  February 8, 2019 at 11:53

Aaron,

Congratulations on a nice software package.

My wife and I founded ESHA Research in Oregon, so we have some idea of what it takes to create good software. Yours is fun, easy, and informative. I like the follow ups (below), and I particularly liked Day 1 where you nicely summarized why folks should use Core Foods rather than search for brands.

As you probably know, our database is over 60K items, we track over 140 data points and have the same issues with manufacturers providing only about 14 nutrients. It does create a dilemma for users. Your explanation for using generic foods was clean, short and very informative. Nice job.

Of course I confirmed you are one of our customers (Big Crunch Consulting) when I saw ESHA listed as the source for several food items. Thanks for playing by the rules.

I was looking for a simple, clean diet tracking software package. Sure, I could use ours (Genesis R&D, Food Processor, ESHATrac, etc.) but they are industrial strength and a bit over kill for what I wanted. So I went exploring. Found yours and really liked it.

Just wanted to drop a note and say Thanks for a nice piece of software, good looking interface, and great follow ups to keep users focused.

Sincerely,

Bob Geltz

> On Feb 7, 2019, at 8:08 AM, Cronometer Support <support@cronometer.com> wrote:
>
> Welcome to Cronometer!
>
> My name is Aaron Davidson, CEO of Cronometer. Thank you for joining the Cronometer community! I'm excited that you've chosen our app to help you reach your health goals.
>
> I want you to get the most out of our app, so these next few days are essential. After seeing over 1 million sign ups, we've found that users who log at least one food every day in the first week are more likely to have success keeping track of their diet. So, we've written the 7-Day Challenge.
>
> This 7-Day Challenge will get you running with Cronometer, and prime you for success in meeting your goals. These challenges will be delivered straight to your inbox, once a day for the next 7 days.
>
> Today's challenge is easy: log at least one food. Our mobile apps for iOS and Android make it easy to do on-the-go!
>
> Now, here's how to get the most nutritional information out of the food you eat.

Exhibit 6

Page 1 of 2

>
> Cronometer is designed to give you comprehensive nutritional information. By tracking over 70 nutrients, you know exactly what you're putting in your body. We track these by plugging into nutritional databases built by universities and leading nutritional scientists. These experts know the nutritional content of your food down to the last gram.
>
> But, here's something critical to remember.
>
> High quality nutritional data comes from studies done on whole foods. Fruits, vegetables, meats, dairy, and other products that don't have a brand name attached to them. Finding these foods is easy – just search the food and add it!
>
> But, what about 'branded foods'? Take, for instance, Jif Peanut Butter. You could search for it in Cronometer, and you might find it. Here's the problem: branded products don't have a lot of nutritional data. Manufacturers only show the minimum information, which is usually 5 – 10 micronutrients. But, Cronometer tracks over 70 micronutrients!
>
> To get the best nutrition information, you need to find and log the basic food entry for what you eat. A basic food is the "core food" of a product. So, instead of searching for 'Jif Peanut Butter' in Cronometer, search for 'Peanut Butter'. A list of non-branded peanut butters appears, all you need to do is pick whichever one matches what you ate.
>
> Logging basic foods, not branded foods, when using Cronometer will give you a crystal-clear picture of the nutrients you consume.
>
> Have questions? Send an email to support@cronometer.com <mailto:support@cronometer.com>
>
> Good luck, and healthy eating!
>
> Aaron Davidson, CEO
>
> Copyright © 2017 Cronometer Software Inc. <https://cronometer.com/>, All rights reserved.
>
> unsubscribe from this list <https://cronometer.com/validate?act=unsubscribe_sequence&experiment_authkey=4aed-914a-a491-b5a4-4098-0740-f607-84f6&event=1173822&action=1>.
>
> Cronometer Software Inc., PO BOX 9099, Revelstoke, BC V0E 3K0, Canada
>
>

---

**Aaron Davidson**   February 8, 2019 at 16:42

Hi Bob,

Thanks for reaching out! Thanks for the kind words, and glad you like what we're doing. We've been supplementing our data with ESHA for at least 5 years now, and it's helped round out our database nicely.

Cheers,
Aaron

Support Software by **Zendesk**

Exhibit 6
Page 2 of 2