# EXHIBITS 11 & 12

Conventionally Filed

And

Filed Under Seal