Brian R. Talcott, OSB No. 965371
DUNN CARNEY LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone: (503) 224-6440
Facsimile: (503) 224-7324
E-mail:  btalcott@dunncarney.com

Cary D. Sullivan (*PHV app. pending*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone: (949) 851-3939
Facsimile:  (949) 553-7539
E-mail:  carysullivan@jonesday.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| ESHA RESEARCH, INC., now known as TRUSTWELL,<br><br>Plaintiff,<br><br>v.<br><br>CRONOMETER SOFTWARE, INC., formerly known as BIGCRUNCH CONSULTING, LTD., and DOES 1-20.<br><br>Defendants. | Civil No. 3:24-cv-01586-AB<br><br>**NOTICE OF SETTLEMENT** |

Page 1   NOTICE OF SETTLEMENT

**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

DCAPDX\5659595.v1

Pursuant to LR 41-1, Plaintiff hereby provides notice that the parties have reached a settlement, and requests that the Court direct the clerk to dismiss the case with prejudice and without costs or fees to either party as provided in LR 41-1(c).

Dated: August 15, 2025

Respectfully submitted,

**DUNN CARNEY LLP**

  s/ Brian R. Talcott
Brian R. Talcott, OSB 965371
Email: btalcott@dunncarney.com

**JONES DAY**
Cary D. Sullivan (*PHV app. pending*)
Email: carysullivan@jonesday.com

*Attorneys for Plaintiff*

Page 2   NOTICE OF SETTLEMENT

**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**
Attorneys at Law
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
503.224.6440 / Fax: 503.224.7324

DCAPDX\5659595.v1